**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALFONSO SULLIVAN, JR.,                    :
                                          :
          Plaintiff,                      :
                                          :
     v.                                   : Civil Action No. 03-1885 (JR)
                                          :
THE CATHOLIC UNIVERSITY OF                :
AMERICA,                                  :
                                          :
          Defendant.                      :

**<u>ORDER</u>**

        For the reasons stated in the accompanying memorandum,
the defendant Catholic University's motion for summary judgment
[# 26] is **granted.**

                              JAMES ROBERTSON
                         United States District Judge